Case 8:04-cr-00186-SDM-MAP   Document 96   Filed 08/18/15   Page 1 of 1 PageID 739

AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 or 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 8:04-Cr-186-T-23MAP
8:07-Cr-361-T-30MAP
USM NUMBER: 49436-018

vs.

BRENDEN GLINTON

Defendant's Attorney: Ali Kamalzadeh, AFPD

Date of Original Judgment: August 14, 2008
*(Use Date of Last Amended Judgment if Applicable)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon unopposed motions of ☒ the defendant (04Cr-D-95; 07Cr-D-178) ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion is:

☐ DENIED.   x GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __169__ months is reduced to **121 months or TIME SERVED, whichever is longer**.

(Complete Parts I and II when motion is granted)

Except as provided, all provisions of the judgment dated __August 14, 2008__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   August 17, 2015

*Judge's Signature*

Effective Date: November 2, 2015
*(if different from order date)*

WILLIAM J. CASTAGNA, SENIOR U.S. DISTRICT JUDGE
*Printed name and Title*